PALMOUR *et al. v.* MITCHELL.

HILL, J. Under the pleadings and the evidence in the case, there were material issues of fact to be determined by a jury, and the trial judge erred in directing a verdict for the defendant, and in overruling the motion for a new trial. *Judgment reversed. All the Justices concur.*

No. 8522. FEBRUARY 18, 1932.

*J. B. Gray* and *E. D. Kenyon,* for plaintiffs.

*J. B. Jones,* for defendant.